ALBERT W. UNDERWOOD, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30112.) —

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.